**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NEW DAIRY OPCO, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 1:22-cv-00328<br>) |
| PULLMAN SUGAR, LLC, | )<br>) |
| Defendant. | )<br>) |

**PLAINTIFF NEW DAIRY OPCO, LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Northern District of Illinois, Plaintiff New Dairy Opco, LLC ("New Dairy") makes the following disclosures:

1. New Dairy Opco, LLC is a wholly-owned subsidiary of New Dairy Intermediate, LLC;

2. New Dairy Intermediate, LLC is a wholly-owned subsidiary of New Dairy Holdco, LLC;

3. New Dairy Intermediate, LLC and New Dairy Holdco, LLC, are both Delaware limited liability companies;

4. No publicly-held corporation has any ownership interest in either New Dairy Intermediate, LLC or New Dairy Holdco, LLC.

-2-

Dated:  January 20, 2022 　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**NEW DAIRY OPCO, LLC**

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Simon A. Fleischmann*
　　　　　　　　　　　　　　　　　　　　　　　　　*One of Its Attorneys*

Simon A. Fleischmann (ARDC 6274929)
sfleischmann@lockelord.com
Thomas G. Yoxall
tyoxall@lockelord.com
Kendal J. Hendrickson (ARDC 6336029)
kendal.hendrickson@lockelord.com
Locke Lord LLP
111 S. Wacker Drive
Suite 4100
Chicago, IL 60606
*Attorneys for Plaintiff*